to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Cloyd H. Duncan pro se.*

---

No. 769. RICHLAND STEAMSHIP COMPANY *v.* BUFFALO DRY DOCK COMPANY. December 16, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harvey D. Goulder* and *Mr. Thomas H. Garry* for petitioner. *Mr. Thomas C. Burke, Mr. Hermon A. Kelley* and *Mr. George W. Cottrell* for respondent.

---

No. 522. OKLAHOMA CITY MILL & ELEVATOR COMPANY *v.* PAMPA GRAIN COMPANY. December 23, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joseph W. Bailey* for petitioner. No appearance for respondent.

---

No. 537. HENRY A. WISE, TRUSTEE, ET AL., *v.* COMMONWEALTH OF VIRGINIA ET AL. December 23, 1918. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of Virginia denied. *Mr. Henry A. Wise* for petitioners. *Mr. J. D. Hank, Jr.,* for respondents.

---

No. 753. SAM ORR TRIBBLE *v.* SOUTHERN EXPRESS COMPANY. December 23, 1918. Petition for a writ of certiorari to the Supreme Court of the State of South Carolina denied. *Mr. Ernest F. Cochran* for petitioner. *Mr. Robert C. Alston* for respondent.